UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 31, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO MAGANA,<br><br>Defendant. | Case No. 2:14-mj-00021-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALFONSO MAGANA ,

Case No. 2:14-mj-00021-KJN , from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ 100,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other): Pretrial Services conditions; Plus the equity in

    __X__ their home in the amount of at least $50,000.00 and

    _____ surrender of his passport.

Issued at Sacramento, California on January 31, 2014 at 2:00 p.m.

By: _____
Magistrate Judge Kendall J. Newman